NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK ALAN GILSON,                          )
                                           )
             Appellant,                    )
                                           )
v.                                         )        Case No. 2D16-892
                                           )
STATE OF FLORIDA,                          )
                                           )
             Appellee.                     )
                                           )
———————————————————————————————)

Opinion filed February 7, 2018.

Appeal from the Circuit Court for Lee
County; Edward J. Volz, Jr., Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox and
Darla Dooley, Assistant Attorneys General,
Tampa, for Appellee.

PER CURIAM.

                Affirmed.

CRENSHAW, MORRIS, and BLACK, JJ., Concur.